UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **JOHNNY GODFREY, JR.** | **CASE NO. 6:24-CV-00410** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **EUNICE CITY COURT, ET AL.** | **MAGISTRATE JUDGE WHITEHURST** |

**JUDGMENT**

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, and after consideration of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, Plaintiff's claims are hereby DISMISSED WITH PREJUDICE for lack of subject matter jurisdiction.

Signed at Lafayette, Louisiana, this 13th day of May, 2024.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE